UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **SADIE K. LAWSON** § | |
| § | |
| **VS.** § | **C.A. NO. 4:16-cv-02703** |
| § | **(JURY REQUESTED)** |
| **STATE FARM LLOYDS** § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE U.S. DISTRICT JUDGE:

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), **SADIE K. LAWSON** ("Plaintiff") stipulates to the dismissal of this action against **STATE FARM LLOYDS** ("Defendant"), in its entirety, with prejudice, costs taxed as paid. A proposed Order of Dismissal is attached for the Court's consideration.

Respectfully submitted,

**THE LANE LAW FIRM, P.L.L.C.**

By: /s/*Jack D. Kitchen (w/permission)*
   **JACK D. KITCHEN**
   State Bar No. 24084320
   Federal I.D. No. 1708841
   6200 Savoy, Suite 1150
   Houston, Texas 77036-3300
   (713) 595-8200 - Telephone
   (713) 595-8201 - Facsimile
   jack.kitchen@lanelaw.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing instrument has been duly sent via CM/ECF on March 15, 2017 to all counsel of record.

    /s/*Jack D. Kitchen (w/permission)*
    **JACK D. KITCHEN**