United States District Court
Southern District of Texas
**ENTERED**
March 20, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SADIE LAWSON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-2703 |
| | § | |
| STATE FARM LLOYDS, | § | |
| | § | |
| Defendant. | § | |

## ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

On this day, the Court considered the plaintiff's stipulation of dismissal (Dkt. No. 14). Having considered the stipulation, the Court is of the opinion that the plaintiff's stipulation of dismissal should be GRANTED.

It is, therefore, ORDERED that the plaintiff's stipulation of dismissal is GRANTED, and the defendant, State Farm Lloyds is hereby dismissed, with full prejudice, from this lawsuit and that the plaintiff is barred from re-filing any claims and/or causes of action against the defendant at a later date. All costs of court are assessed against party incurring same.

All relief not expressly granted herein is DENIED.

SIGNED on this 20th day of March, 2017.

Kenneth M. Hoyt
United States District Judge